**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **All About Energy Solutions, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3784928** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1206 Needle Leaf Dr.** <br> **Winnabow, NC 28479** <br> Number, Street, City, State & ZIP Code <br><br> **Brunswick** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.allaboutenergysolutions.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **All About Energy Solutions, LLC**                                    Case number (*if known*)
       Name

7. **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **All About Energy Solutions, LLC**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **All About Energy Solutions, LLC**     Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **All About Energy Solutions, LLC**          Case number (*if known*)
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 13, 2025**
              MM / DD / YYYY

**X**  **/s/ Chris DeHart**                                **Chris DeHart**
       Signature of authorized representative of debtor     Printed name

Title  **Member/Manager**

**18. Signature of attorney**

**X**  **/s/ George Mason Oliver**                         Date  **May 13, 2025**
       Signature of attorney for debtor                          MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone  **252-633-1930**    Email address

**26587 NC**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | All About Energy Solutions, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jaffe<br>Attn: Managing Agent<br>99 Wall St., Ste 1540<br>New York, NY 10005 | | | | $91,246.00 | $0.00 | $91,246.00 |
| Velocity<br>Attn: Manging Agent<br>65 E. 55th St., Ste 2100A<br>New York, NY 10022 | | | | $60,055.00 | $0.00 | $60,055.00 |
| Rapid Finance<br>Attn: Managing Agent<br>4500 East West Hwy 6th Fl.<br>Bethesda, MD 20814 | | | | $44,025.93 | $0.00 | $44,025.93 |
| Can Capital<br>Attn: Managing Agent<br>1850 Parkway Pl., Ste 1150<br>Marietta, GA 30067 | | | | $43,663.51 | $0.00 | $43,663.51 |
| IDI Distribution<br>Attn: Managing Agent<br>1951 TW Alexander Dr., Ste C<br>Durham, NC 27703 | | | | | | $23,701.83 |
| Beacon Building<br>Attn: Managing Agent<br>319 Marlboro St.<br>Wilmington, NC 28403 | | | | | | $12,803.24 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor **All About Energy Solutions, LLC**     Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **MPI Foam**<br>**Attn: Managing Agnet**<br>**1220 Nowell Rd.**<br>**Raleigh, NC 27607** | | | | | | $8,938.20 |
| **Sunrise Broadcasting**<br>**Attn: Managing Agent**<br>**PO Box 602134**<br>**Charlotte, NC 28260** | | | | | | $6,678.00 |
| **WWAY**<br>**Attn: Managing Agent**<br>**1124 Magnolia Way**<br>**Leland, NC 28451** | | | | | | $5,600.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **All About Energy Solutions, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chris DeHart<br>1206 Needle Leaf Dr.<br>Winnabow, NC 28479 | | 100 | Member/Manager |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 13, 2025**

Signature **/s/ Chris DeHart**  
**Chris DeHart**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **All About Energy Solutions, LLC**                              Case No.
                              Debtor(s)                                  Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 13, 2025**                    **/s/ Chris DeHart**
                                            **Chris DeHart**/**Member/Manager**
                                            Signer/Title

| | | |
|---|---|---|
| ALL ABOUT ENERGY SOLUTIONS, LLC<br>1206 NEEDLE LEAF DR.<br>WINNABOW, NC 28479 | GEORGE MASON OLIVER<br>THE LAW OFFICES OF<br>GEORGE OLIVER, PLLC<br>PO BOX 1548<br>NEW BERN, NC 28563 | SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| UNITED STATES ATTORNEY<br>150 FAYETTEVILLE STREET<br>SUITE 2100<br>RALEIGH, NC 27601 | US SECURITIES & EXCHANGE<br>ATTN: MANAGER OR AGENT<br>950 E. PACES FERRY RD., NE STE 900<br>ATLANTA, GA 30326-1382 | NC DEPT OF COMMERCE<br>ATTN: SHARON A. JOHNSTON<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| NC DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | INTERNAL REVENUE SERVICE<br>ATTN: MANAGER OR AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ALLY<br>ATTN: MANAGING AGENT<br>500 WOODWARD AVE.<br>DETROIT, MI 48226 |
| BEACON BUILDING<br>ATTN: MANAGING AGENT<br>319 MARLBORO ST.<br>WILMINGTON, NC 28403 | CAN CAPITAL<br>ATTN: MANAGING AGENT<br>1850 PARKWAY PL., STE 1150<br>MARIETTA, GA 30067 | CHRIS DEHART<br>1206 NEEDLE LEAF DR.<br>WINNABOW, NC 28479 |
| CORPORATION SERVICE COMPANY<br>ATTN: MANAGING AGENT<br>PO BOX 2576<br>SPRINGFIELD, IL 62708 | CHRIS DEHART<br>1206 NEEDLE LEAF DR.<br>WINNABOW, NC 28479 | IDI DISTRIBUTION<br>ATTN: MANAGING AGENT<br>1951 TW ALEXANDER DR., STE C<br>DURHAM, NC 27703 |
| JAFFE<br>ATTN: MANAGING AGENT<br>99 WALL ST., STE 1540<br>NEW YORK, NY 10005 | MPI FOAM<br>ATTN: MANAGING AGNET<br>1220 NOWELL RD.<br>RALEIGH, NC 27607 | ONEMAIN FINANCIAL<br>ATTN: MANAGING AGENT<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| RAPID FINANCE<br>ATTN: MANAGING AGENT<br>4500 EAST WEST HWY 6TH FL.<br>BETHESDA, MD 20814 | BRIAN SCHECHTER<br>ATTY FOR JAFFE<br>315 AVENUE U<br>BROOKLYN, NY 11233 | SUNRISE BROADCASTING<br>ATTN: MANAGING AGENT<br>PO BOX 602134<br>CHARLOTTE, NC 28260 |
| VELOCITY<br>ATTN: MANGING AGENT<br>65 E. 55TH ST., STE 2100A<br>NEW YORK, NY 10022 | WEIN LAW FIRM<br>ATTN: NAFTALI MATHAN WEIN, ESQ<br>333 PEARSALL AVE. STE 130<br>CEDARHURST, NY 11516 | WWAY<br>ATTN: MANAGING AGENT<br>1124 MAGNOLIA WAY<br>LELAND, NC 28451 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **All About Energy Solutions, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **All About Energy Solutions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 13, 2025**
Date

**/s/ George Mason Oliver**
**George Mason Oliver 26587**
Signature of Attorney or Litigant
Counsel for **All About Energy Solutions, LLC**
**The Law Offices of**
**George Oliver, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**